UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IVAN KOCAK,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.<br><br>        Defendants. | No.  1:21-cv-01669 GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE<br><br>(ECF No. 23) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2024, the complaint was served on Defendant.  ECF Nos. 17, 18.  Shortly thereafter, Defendant waived service of process, and the matter was stayed and referred to the Court's Post-Screening, Early ADR Project.  ECF Nos. 19, 20, 21 (respectively).

Defendant has filed a request for referral to a settlement conference.   ECF No. 23.  The motion will be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's request for referral to settlement conference (ECF No. 23) is GRANTED.

An order setting the settlement conference will issue forthwith.

IT IS SO ORDERED.

Dated: **January 31, 2025**         **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2