UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IVAN KOCAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01669 GSA (PC)<br><br>ORDER EXTENDING STAY OF PROCEEDINGS IN LIGHT OF CALENDARED SETTLEMENT CONFERENCE<br><br>(ECF Nos. 21, 25)<br><br>DEFENDANT'S ANSWER TO COMPLAINT, IF ANY, DUE THIRTY DAYS FROM MARCH 25, 2025 |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The case has been referred to the Court's Post-Screening Early ADR Project. As a result, it has been stayed.

　　　　On January 31, 2025, Defendants filed a request asking that this matter be referred to a settlement conference. ECF No. 23. The motion was granted on February 3, 2025, and on that same day a settlement conference was calendared to be heard on March 25, 2025, at 9:30am before United States Magistrate Judge Stanley A. Boone. See ECF Nos. 24, 25 (order granting, order calendaring, respectively).

Because the date for the settlement conference is past the end of the stay date,[1] the Court will extend the stay to March 25, 2025, settlement conference date. Should the matter not settle on that day, Defendant's answer to the complaint will be due thirty days from that date.

Accordingly, IT IS HEREBY ORDERED that:

1. The 120-day STAY imposed in the Court's referral order issued October 21, 2024 (see ECF No. 21 at 2), is EXTENDED from February 18, 2025, until March 25, 2025, the date of the currently calendared settlement conference, and

2. Should the matter not settle on March 25, 2025, Defendant's answer to the complaint will be due thirty days thereafter.

IT IS SO ORDERED.

Dated: **February 18, 2025**             **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The end date of the court-ordered 120-day stay is February 18, 2025.